

ROBERT W. MALLARD
(302) 425-7164
FAX (302) 261-7352
mallard.robert@dorsey.com

January 22, 2014

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court Judge
United States District Court
844 North King Street
Wilmington, DE  19801

    Re:    **One-Blue, LLC, et al. v. Imation Corp.**, Case No. 13-cv-00917-LPS

Dear Judge Stark:

    In their January 21, 2014 response (D.I. 38) to Imation's proposed amended scheduling order, Plaintiffs suggest that the Court might "order the parties to confer and jointly submit another proposed schedule." D.I. 38 at 2. This suggestion makes sense to Imation, too. Imation did not intend to take unfair advantage of Plaintiffs through its proposed changes to the originally proposed scheduling order. We regret the inconvenience resulting to the Court.

    If the Court should have any questions, counsel will make themselves available.

    Respectfully submitted,

    */s/ Robert W. Mallard*

    Robert W. Mallard (DE No. 4279)

RWM:dbr

Cc:    Clerk of the Court (via CM/ECF)
        Counsel of Record (via CM/ECF and electronic mail)

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 302.425.7171 · F 302.425.7177
300 DELAWARE AVENUE · SUITE 1010 · WILMINGTON, DELAWARE 19801
USA   CANADA   EUROPE   ASIA-PACIFIC

4847-7452-1112\1