IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONE-BLUE, LLC, KONINKLIJKE PHILIPS N.V., PANASONIC CORPORATION, PIONEER CORPORATION, and SONY CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMATION CORPORATION,<br><br>    Defendant. | C.A. No. 1:13-cv-00917 (LPS)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Gellert Scali Busenkell & Brown, LLC has replaced the law firm of Darby | Brown-Edwards, LLC as counsel of record for Defendant Imation Corporation ("Imation") in the above-captioned matter. Imation respectfully requests that all notices, pleadings, orders, complaints and other documents served or required to be served in the above captioned case be sent to:

    Margaret F. England, Esquire
    GELLERT SCALI BUSENKELL & BROWN, LLC
    913 North Market Street, 10th Floor
    Wilmington, DE 19801
    mengland@gsbblaw.com

Date:  June 5, 2014
      Wilmington, Delaware         Respectfully submitted,

**GELLERT SCALI BUSENKELL & BROWN, LLC**

By: */s/ Margaret F. England*
Margaret F. England (DE Bar No. 4248)
913 North Market Street, 10th Floor
Wilmington, DE 19801
Wilmington, Delaware 19801
Facsimile:     302-425-5814
Direct: 302-416-3341
Email: mengland@gsbblaw.com

*Counsel to Defendant Imation Corporation*